KING PHARMACEUTICALS, INC. and King Pharmaceuticals Research and Development, Inc., Plaintiffs–Appellants,

and

Pharmaceutical IP Holding, Inc., Plaintiff–Appellant,

v.

SANDOZ INC., Defendant–Appellee.

No. 2011–1227.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2011.

**ON MOTION**

**ORDER**

The appellants move to withdraw their appeal.

Upon consideration thereof,

**It Is Ordered That:**

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

In re Naren CHAGANTI.

No. 2011–1344.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2011.

**ON MOTION**

**ORDER**

Naren Chaganti moves to reinstate this appeal.

On June 7, 2011, the court dismissed Chaganti's appeal for failing to file a brief. The court treats Chaganti's informal brief as a motion for reinstatement.

Accordingly,

**It Is Ordered That:**

(1) The motion is granted. The court's June 7, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Director's brief is due within 40 days from the date of filing of this order.